ACCEPTED
03-14-00708-CV
7815487
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 10:32:11 AM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00708-CV**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 10:32:11 AM
JEFFREY D. KYLE
Clerk

# IN THE COURT OF APPEALS FOR THE THIRD JUDICIAL DISTRICT
# AUSTIN, TEXAS

## KARLA MERRICK,

*Appellant*

v.

## BONNIE HELTER, Individually and as Independent Executor of the Last Will and Testament of J.C. Cole, Deceased
*Appellee.*

---

## CHANGE OF ADDRESS FOR APPELLANT'S COUNSEL

---

**From the Probate Court #1, Travis County, Texas**

PAUL M. BOHANNON
Bohannon Legal PLLC
7139 Avalon Bend Circle
Spring, Texas 77379
281.798.7466
281.254.7914 Fax
Paul@BohannonLegal.com
SBN 02563500

THIS WILL CERTIFY that I served a copy of the Change of Address on

opposing counsel of record by way of eServe on November 12, 2015.

Paul M. Bohannon
Bohannon Legal PLLC
7139 Avalon Bend Circle
Spring TX 77379
281.798.7466
281.254.7914 Fax
Paul@BohannonLegal.com
SBN 02563500